WILLIAM J. GARCES
WILLIAM N. GRABLER ♦
ALAN T. GRENING ■☐
JONATHAN A. KESSOUS ◊
ARLINDO B. ARAUJO ☐◊
DAVID N. FIVELAND
GARY A. CAVALLI
LAWRENCE A. LEBROCO ♦☐
MICHAEL R. SPECK
KEVIN S. RECHELSON ☐
MICHAEL S. RICHMOND
PAMELA J. JOHNSON ♦
J. ANDREW VELEZ
JOSEPH J. COMITELLO ☐
PASQUALE O. VELLA
LAURA M. MENDONCA
MICHELE LABRADA
ANDRES F. LOPEZ ◊

GERALD B O'CONNOR, OF COUNSEL

■ MEMBER DC BAR
☐ MEMBER PA BAR
◊ MEMBER NY BAR
♦ CERTIFIED BY THE SUPREME COURT OF NEW
   JERSEY AS A WORKERS' COMPENSATION LAW ATTORNEY
● CERTIFIED BY THE SUPREME COURT OF NEW
   JERSEY AS A CIVIL TRIAL ATTORNEY

# LAW OFFICES OF
# GARCES & GRABLER
A PROFESSIONAL CORPORATION

6 THROCKMORTON STREET
FREEHOLD, N.J. 07728

(732) 414-5000
(732) 414-5001 FAX

WWW.GARCESGRABLER.COM

*Se habla Español*
*Mówimy po Polsku*

☐ 415 WATCHUNG AVENUE
  PLAINFIELD, N.J. 07060
  (908) 769-3356
  (908) 769-7893 FAX

☐ 253 E. FRONT STREET
  TRENTON, N.J. 08611
  (609) 393-0700
  (609) 393-8581 FAX

☐ 502 AMBOY AVENUE
  PERTH AMBOY, N.J. 08861
  (732) 826-2300
  (732) 826-4027 FAX

☐ 235 LIVINGSTON AVENUE
  NEW BRUNSWICK, N.J. 08901
  (732) 249-1300
  (732) 220-1555 FAX

☐ 20 GREEN STREET
  NEWARK, N.J. 07102
  (973) 848-0500
  (973) 848-1601 FAX

☐ 2 SOUTH BROAD STREET
  ELIZABETH, N.J. 07202
  (908) 436-0001
  (908) 436-0002 FAX

REPLY TO:

☐ FREEHOLD

February 23, 2010

Judge Joseph A. Greenaway, Jr.
United States District Court
Frank R. Lautenberg U.S. P.O. & Courthouse
Room 411
Newark, NJ 07101-0999

Re:   **James Clarke v. Morris Hills Center and Darryl Jordon**
      **Civil Action No.: 09-4520**

Dear Judge Greenaway:

Please be advised that I represent the Plaintiff in the above mentioned matter. The attorney for Darryl Jordon has filed a Notice of Motion to Dismiss which is returnable before Your Honor on March 1, 2010. I respectfully request a one cycle adjournment of the Notice of Motion to allow me time to file a response to same. I was working on a Cross Motion and summary judgment response on another matter that was adjourned once so I did not have time to properly respond to this motion.

Please be advised that I do not have the consent of Mr. Anyanwu for this adjournment request. If my request is granted, the motion will be returnable on March 15, 2010 and my response would be due by March 1, 2010.

Kindly advise. I thank you in advance for your anticipated courtesies and cooperation.

Respectfully Yours,
Garces & Grabler

By:  *Michael R. Speck*
     Michael R. Speck

MRS/tk
***DICTATED BUT NOT READ***

SO ORDERED
*[signature]*
H A. GREENAWAY, JR.    U.S.D.J.
3-1-10                  USCJ
                        sitting by designation